x:\tc51594\appear

WDJ/ls
File No.: TC-51594

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
MARIA DELACRUZ,

               Plaintiff,

    -against-

80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN
DBA KASCO, AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESSS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES COMPANY,
INC., ANN TAYLOR STORES CORPORATION, B.R.
FRIES & ASSOCIATES, INC., BATTERY PARK CITY
AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER
C MM LLC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BLUE
MILLENNIUM REALTY LLC, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC, CENTURY 21, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS
MANAGEMENT SERVICES, HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVIVCES CO., LEHMAN
BROTEHRS HOLDINGS INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC.,
MAYORE ESTATES, LLC, MAYORE ESTATES LLC
AND 80 LAFAYETTE ASSOCIATION LLC AS
TENANTS IN COMMON, MCCLIER CORPORATION,
MERRILL LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STONER AND COMPANY,
INC., STRUCTURE TONE (UK), INC., STRUCTURE

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

TONE GLOBAL SERVICES, INC., TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICVES, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL,

        Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 11, 2007

            WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
            BARRY, McTIERNAN & MOORE
            Attorneys for Defendants
            STRUCTURE TONE, INC. s/h/a
            STRUCTURE TONE (UK), INC. and
            STRUCTURE TONE GLOBAL SERVICES, INC.
            2 Rector Street – 14th Floor
            New York, New York  10006
            (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700